THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Terry Campbell
 #2, Appellant.
 
 
 

Appeal From Spartanburg County
Steven H. John, Circuit Court Judge
Unpublished Opinion No.  2009-UP-354
Submitted June 1, 2009  Filed June 23,
 2009
APPEAL DISMISSED

 
 
 
 Appellate
 Defender Elizabeth A.
 Franklin, of Columbia, for Appellant.
 Assistant Chief Legal Counsel J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Terry
 Campbell pled guilty to shoplifting, third or subsequent offense, and failure
 to stop for a blue light.  In addition to sentencing Campbell to a total of
 five years' imprisonment for these offenses, the plea court revoked five years
 of Campbell's probation from prior convictions.  Campbell appeals, arguing the
 plea court erred in revoking five years of his probation in addition to
 sentencing him for the new offenses.  After
 a thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Campbell's appeal and grant counsel's petition to be relieved.  
APPEAL
 DISMISSED.
SHORT, WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.